

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-17-2004

# USA v. Al Hedaithy

Precedential or Non-Precedential: Precedential

Docket No. 03-1566

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"USA v. Al Hedaithy" (2004). *2004 Decisions.* Paper 14.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/14

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

NO. 03-1566

———

UNITED STATES OF AMERICA

v.

HANY AL HEDAITHY,
Appellant

———

On Appeal From the United States District Court
For the District of New Jersey
(D.C. Crim. Action No. 02-cr-00379)
District Judge:  Hon. Joseph E. Irenas

———

———

NO. 03-1885

———

UNITED STATES OF AMERICA

v.

RIYADH AL-AIBAN
Appellant

———

On Appeal From the United States District Court
For the District of New Jersey
(D.C. Crim. Action No. 02-cr-00371-1)
District Judge:  Hon. Joseph A. Greenaway, Jr.

———

Argued June 29, 2004

BEFORE:  AMBRO, ALDISERT and
STAPLETON, Circuit Judges

(Opinion Filed December 16, 2004 )

_____

Donald C. Randolph (Argued)
Randolph & Associates
1717 4th Street - 3rd Floor
Santa Monica, CA  90401
 Attorney for Appellant
  Hany Al Hedaithy

Steven G. Sanders (Argued)
Arseneault, Fassett & Mariano
560 Main Street
Chatham, NJ  07928
  Attorney for Appellant
  Riyadh Al-Aiban

George S. Leone (Argued)
Office of the United States Attorney
970 Broad Street - Room 700
Newark, NJ  07102
  and
Glenn J. Moramarco
Office of the United States Attorney
Camden Federal Building & Courthouse
401 Market Street - 4th Floor
P.O. Box 2098
Camden, NJ  08101
  Attorneys for Appellee

## ORDER AMENDING PUBLISHED OPINION

STAPLETON, Circuit Judge

IT IS ORDERED that the published Opinion in the above matter filed December 16, 2004, be amended throughout by replacing the Latin phrase "de minimus" with its correct spelling, "de minimis".

By the Court,


  /s/  Walter K. Stapleton
United States Circuit Judge


DATED:    December 17, 2004

3